

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2014

No. 04-14-00146-CV

Rosie **STRAIT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0657W
Honorable Philip A. Kazen Jr., Judge Presiding

### ORDER

In accordance with the court's opinion of this date, the motion for leave to file late notice of appeal is DENIED AS MOOT and this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on October 22, 2014.

_Marilyn Barnard_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle, Clerk